**Order filed July 16, 2019**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-19-00320-CV**
**NO. 14-19-00321-CV**

_____

## IN THE INTEREST OF G.A.A.-G., J.S.A.-S., CHILDREN

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2007-20638 & 2008-39339**

## ORDER

These are accelerated appeals from judgments in suits in which the termination of the parent-child relationship is at issue. A jury trial took place between March 14, 2013 and April 10, 2013. Clerk's records were filed in these appeals on April 25, 2019 and April 29, 2019.

Our review of the records has determined that a relevant item has been omitted from the clerk's records. *See* Tex. R. App. P. 34.5(c). The records do not contain a copy of the jury charge.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **August 1, 2019**, containing the jury charge.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM